UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X     Docket No.: 11-CV-2505(WHP)
GAIL BEVERIDGE and GLENN M. KLUGHERZ

          Plaintiff,    **NOTICE OF CHANGE OF ADDRESS AND FIRM NAME**

   -against-

KORSINSKY & KLEIN, LLP,

         Defendant.
------------------------------------------------------------------------X
SIR:

  **PLEASE TAKE NOTICE**, that Defendant *pro se* hereby files this notice that our firm name and address has changed. Therefore, copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address:

Korsinsky & Klein, LLP
Attention: Michael Korsinsky, Esq.
2926 Avenue L
Brooklyn, New York 11210
Tel: (212) 495-8133
E-mail:mk@kklawfirm.com

Dated:   Brooklyn, New York
    September 2, 2011

            Yours, etc.,
            **KORSINSKY & KLEIN, LLP**

            By: _____/s/ Michael Korsinsky_____
              Michael Korsinsky
            *Defendant pro se*
            2926 Avenue L
            Brooklyn, New York 11210
            (212) 495-8133

TO:   Robert J. Nahoum, Esq.
   *Attorney for Plaintiffs*
   99 Main Street, Suite 311
   Nyack, New York 10950

## AFFIRMATION OF SERVICE

Michael Korsinsky, affirms under penalties of perjury, that:

1. I am an attorney duly admitted to practice law in the State of New York, and I am not a party to this action, am over 18 years of age and reside in the State of New York.

2. On September 2, 2011, I served the NOTICE OF CHANGE OF ADDRESS, in this matter by sending via regular mail, in a prepaid envelope addressed to:

TO: Robert J. Nahoum
99 Main Street, Suite 311
Nyack, New York 10950
*Attorneys for Plaintiffs*

Dated: Brooklyn, New York
September 2, 2011

_____/s/ Michael Korsinsky_____