# KORSINSKY & KLEIN, L.L.P.
### 30 BROAD STREET, 15TH FLOOR
### NEW YORK, NEW YORK 10004

TEL: (212) 495-8133
WWW.KKLAWFIRM.NET

MICHAEL KORSINSKY*
*Partner*
DIRECT FAX: (212) 419-3893
(not for service of papers)
mk@kklawfirm.net

BROOKLYN OFFICE:
2926 Avenue L, 2nd Floor
Brooklyn, New York 11210

* Admitted in NY and NJ

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/11
```

August 31, 2011

RECEIVED
SEP 2 2011
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

VIA FACSIMILE BY PERMISSION - 212-805-6390
Hon. William H. Pauley III
United States District Court
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   Beveridge v. Korsinsky & Klein, LLP
      Docket No. 11 CV 2505 (WHP)
      Request to Adjourn

Dear Judge Pauley:

We represent the defendant Korsinsky & Klein, LLP, *pro se*, in the above-referenced action.

As per the Court's schedule, we are required to file a motion to dismiss by Friday September 2, 2011. However, we are in the process of awaiting for our insurance carriers to assess which carrier may be responsible to defend in this action. They have not been able to resolve this issue at this time.

Accordingly, the carrier has suggested that pending their decisions, we obtain an adjournment of the pending schedule issued by this court in this case. If we file the motion, the carriers may decline coverage. Accordingly, we request a thirty (30) day adjournment to file the motion to October 3, 2011 or such other amount of reasonable time determined by the Court and to adjourn the dates tied to this motion by the same amount of time.

This is the first such request concerning this motion. Our adversary does not object to same. Thank you for your consideration.

Respectfully submitted,
KORSINSKY & KLEIN, LLP

By: /s/   Michael Korsinsky
          Michael Korsinsky

cc: Robert Nahoum, Esq.   *Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9/6/11